THE PEOPLE OF THE STATE OF NEW YORK ex rel. S. WARREN QUICK, Appellant, *v.* EDWARD J. FLYNN, as Secretary of State, et al., Respondents.

(Argued January 7, 1931; decided February 10, 1931.)

*Carsten H. Ludder* for appellant.

*John J. Bennett, Jr., Attorney-General (W. Earl Smith* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.   Not sitting: KELLOGG, J.